1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE REGALADO,                          CASE NO.: 2:17-cv-00096-KJM-EFB

12            Plaintiffs,

13        v.

14   CITY OF SALINAS, a municipal            ORDER
     corporation; STEPHEN CRAIG,
15   individually and in his capacity as an
     officer for the City of Salinas Police
16   Department; CARLO CALUPAD,
     individually and in his capacity as an
17   officer for the City of Salinas Police
     Department; CAMERON MURPHY,
18   individually and in his capacity as an
     officer for the City of Salinas Police
19   Department; and DOES 1-50, inclusive,
     individually, jointly and severally,
20
              Defendants.
21

22

23          On January 17, 2017, plaintiff Jose Regalado filed this case in the Eastern District

24   of California. Compl., ECF No. 1.  Regalado now moves to transfer this case to the Northern

25   District of California, explaining that the case was inadvertently filed in this court. Mot., ECF

26   No. 5.  As Regalado explains, defendant City of Salinas and Regalado are both located in the

27   Northern District. *Id.* at 1–2.  In addition, no substantial part of the events part of the events or

28   omissions giving rise to Regalado's claims occurred in this District. *Id.* at 2; *see generally*

1

1  Compl.  Regalado's motion was filed before City of Salinas answered the complaint or otherwise

2  appeared in this court.

3          Because no party to the action is located in the Eastern District, and because no

4  substantial part of the events giving rise to the complaint occurred in the Eastern District, the

5  court finds venue is improper in this District.  *See* 28 U.S.C. § 1391(e)(1)(A)–(C).  The court

6  finds it is in the interest of justice to transfer this case to the district where all parties in this action

7  appear to be located.  *See* 28 U.S.C. § 1406(a); *see also* 28 U.S.C. § 1404(a) (permitting transfer

8  for the convenience of the parties).  Accordingly, the court GRANTS the motion.  This case is

9  transferred to the United States District Court for the Northern District of California.

10         This order resolves ECF No. 5.

11         IT IS SO ORDERED.

12  DATED:  February 28, 2017

14  _____

15  UNITED STATES DISTRICT JUDGE

2